UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CODY JOSEPH BAXTER,

      Plaintiff,

      vs.

Case No. 1:23-cv-1078
Hon.  Hala Y. Jarbou

ARNOLD NELSON STUART,
GRACE TRANSPORT, INC.
Jointly and severally,

      Defendants.

_____/

| | |
|---|---|
| TIM SULOLLI P58798 | TIMOTHY S. GROUSTRA P48966 |
| GOODMAN ACKER, P.C. | RYAN M. DEMPSEY P69116 |
| Attorney for Plaintiff | JASON R. CHURCH P71978 |
| 17000 W. Ten Mile Road, 2nd Floor | DICKIE, MCCAMEY & CHILCOTE, PC |
| Southfield, Michigan 48075 | Attorneys for Grace Transport |
| (248) 483-5000 f: (248) 483-3131 | 89 Kercheval Avenue, Suite 200 |
| tsulolli@goodmanacker.com | Grosse Pointe Farms, MI 48236 |
| | (313) 308-2034 f: (888) 811-7411 |
| | tgroustra@dmclaw.com |
| | jchurch@dmclaw.com |

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, AMEND CASE CAPTION, AND EXTEND SUMMONS

      NOW COMES Plaintiff, CODY JOSEPH BAXTER, by and through his attorneys, GOODMAN ACKER, P.C., and for his Motion for Leave to File First Amended Complaint, Amend Case Caption, and Extend Summons, states as follows:

1.  This is a bodily injury claim arising out of injuries Plaintiff, CODY JOSEPH BAXTER, sustained as a result of a semi-truck v. motor vehicle crash which occurred on February 23, 2023.

2. Using information presented on the police report, Plaintiff filed his original complaint against Defendant driver and Defendant owner on <u>July 3, 2023</u> in The Circuit Court of Ionia County

3. The matter was subsequently removed from Ionia County Circuit Court to this Honorable Court on <u>October 11, 2023</u>.

4. Following the filing of the Complaint and after several attempts to serve the Defendant driver, it was discovered that Defendant driver's name was incorrectly entered on the police report as ARNOLD NELSON STUART instead of NELSON STUART ARNOLD, which is Defendant driver's correct legal name.

5. Pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff moves for leave to file an Amended Case Caption and Amended Complaint to accurately reflect the correct legal name of the Defendant driver. **(Exhibit 1 – First Amended Complaint)**

6. Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires."

7. Allowing Plaintiff to file the Amended Complaint and Case Caption would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

8. Furthermore, the summons as issued by The Circuit Court of Ionia County prior to removal is set to expire on <u>December 29, 2023</u>. **(Exhibit 2 – Summons)**

9. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff requests an extension of the time within which the summons must be served. The

amendment to correct the Defendant's name necessitates service of the Amended Complaint on the correctly identified Defendant driver. Granting an extension of time for service is crucial to ensure that the Defendant driver is properly notified of the claims against them.

10. Prior to the filing of said Motion, multiple attempts were made to reach out to Defendant Owner's counsel to seek concurrence and amendment of the Complaint via a stipulation and order but to date no response has been received. **(Exhibit 3 – Email Correspondence)**

   **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant his Motion for Leave to File First Amended Complaint to correct Defendant Drivers name and to Extend Summons.

Respectfully submitted,

 **GOODMAN ACKER, P.C.**

/s/ Tim Sulolli_____
TIM SULOLLI P58798
Goodman Acker, P.C.
Attorney for Plaintiff
17000 W. Ten Mile Road, 2nd Floor
Southfield, Michigan 48075
(248) 483-5000
tsulolli@goodmanacker.com

Dated:  December 4, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CODY JOSEPH BAXTER,

      Plaintiff,

  vs.

ARNOLD NELSON STUART,
GRACE TRANSPORT, INC.
Jointly and severally,

      Defendants.

Case No. 1:23-cv-1078
Hon.  Hala Y. Jarbou

_____/

| | |
|---|---|
| TIM SULOLLI P58798 | TIMOTHY S. GROUSTRA P48966 |
| GOODMAN ACKER, P.C. | RYAN M. DEMPSEY P69116 |
| Attorney for Plaintiff | JASON R. CHURCH P71978 |
| 17000 W. Ten Mile Road, 2nd Floor | DICKIE, MCCAMEY & CHILCOTE, PC |
| Southfield, Michigan 48075 | Attorneys for Grace Transport |
| (248) 483-5000 f: (248) 483-3131 | 89 Kercheval Avenue, Suite 200 |
| tsulolli@goodmanacker.com | Grosse Pointe Farms, MI 48236 |
| | (313) 308-2034 f: (888) 811-7411 |
| | tgroustra@dmclaw.com |
| | jchurch@dmclaw.com |

_____/

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND SUMMONS

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff CODY JOSEPH BAXTER, respectfully move the Court for leave to file the attached Amended Complaint. Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Allowing Plaintiffs to file the Amended Complaint would serve justice and

4

promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility. Through the Amended Complaint, Plaintiff seeks to change Defendant drivers name from "Arnold Nelson Stuart" to "Nelson Stuart Arnold" to reflect the correct legal name of the Defendant in this matter and to amend the case caption to reflect the change as follows:

> CODY JOSEPH BAXTER, Plaintiff
> v. NELSON STUART ARNOLD and
> GRACE TRANSPORT, INC., jointly
> and severally, Defendants

Furthermore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff requests an extension of the time within which the summons must be served. The amendment to correct the Defendant's name necessitates service of the Amended Complaint on the correctly identified Defendant. Granting an extension of time for service is crucial to ensure that the Defendant driver is properly notified of the claims against him.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant his Motion for Leave to File First Amended Complaint to correct Defendant Driver's name and to Extend Summons.

Respectfully submitted,

**GOODMAN ACKER, P.C.**

/s/ Tim Sulolli
TIM SULOLLI P58798
Goodman Acker, P.C.
Attorney for Plaintiff
17000 W. Ten Mile Road, 2nd Floor
Southfield, Michigan 48075
(248) 483-5000
tsulolli@goodmanacker.com

Dated:  December 4, 2023

---

**Proof of Service**

The undersigned certifies that on December 4, 2023, the foregoing document(s) were filed with the Clerk of the Court using the Electronic Filing System which will send notification of such filing to all attorneys of record.

/s/ Tammy Burgett
Tammy burgett

# EXHIBIT 1

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF IONIA**

CODY JOSEPH BAXTER,

      Plaintiff,

vs.

NELSON STUART ARNOLD,
And GRACE TRANSPORT, INC, a
Foreign Insurance Company
Jointly and Severally,

      Defendants.

_____/

TIM SULOLLI P58798
RONITA BAHRI P79214
Goodman Acker, PC
Attorneys for the Plaintiff
17000 W. Ten Mile, 2nd Floor
Southfield, Michigan  48075
(248) 483-5000/(248) 483-3131
tsulolli@goodmanacker.com
rbahri@goodmanacker.com

_____/

Case No:1:23-CV-1078
Hon.: Hala Y. Jarbou

**<u>FIRST AMENDED COMPLAINT</u>**

      **NOW COMES,** Plaintiff, CODY JOSEPH BAXTER, by and through his attorneys, Law Offices of **GOODMAN ACKER, P.C.**, and for this complaint, states as follows:

      1.     That Plaintiff, CODY JOSEPH BAXTER, is a resident of the City of Leslie, County of Ingham, State of Michigan.

      2.     That the Defendant, NELSON STUART ARNOLD, is upon information and belief a resident of the Municipality of Northern Bruce Peninsula, County of Bruce, Ontario, Canada.

3.      That the Defendant, GRACE TRANSPORT, INC., is upon information and belief is a Canadian transport company authorized to do business in the City of Portland Township, County of Ionia, State of Michigan, specifically Ionia County and accepts service through their registered agent, Robert William Grace, 880 Wright Street, Strathroy, Ontario N7G 3H8, Canada.

4.      That the amount in controversy herein exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars.

### COUNT I – LIABILITY

5.      That your Plaintiff reaffirms and re-alleges each and every allegation contained in paragraphs one through 6 of this Complaint the same as if it were set forth verbatim.

6.      That on or about February 23, 2023, at approximately 10:04 a.m., Plaintiff was the driver of a Michigan motor vehicle bearing the license plate number BA91400, traveling eastbound on the I-96 Freeway at or near the intersection of Market Street in the Township of Portland, County of Ionia, State of Michigan.

7.      That at that same date and time, Defendant, GRACE TRANSPORT, INC., was the owner of a motor vehicle bearing Michigan license plate number N6022M.

8.      That on that same date and time, Defendant owner's motor vehicle was being operated by Defendant, NELSON STUART ARNOLD.  Further, said vehicle was traveling eastbound on the I-96 Freeway at or near the intersection of Market Street in the Township of Portland, County of Ionia, State of Michigan, when he did then and there negligently, recklessly and carelessly failed to bring his vehicle to yield the right of way to oncoming traffic and changed lanes directly into Plaintiff's path thereby slamming his

vehicle into Plaintiff's vehicle and dragging it for approximately 300 feet, causing Plaintiff serious bodily injuries.

9.      That at said time and place, Defendant, NELSON STUART ARNOLD, was operating Defendant, GRACE TRANSPORT, INC.'S, motor vehicle with the knowledge and consent of the Defendant owner.

10.     That Defendant, GRACE TRANSPORT, INC., is liable based upon the Owner's Liability Statute, MCL 257.401.

11.     That the sole, direct and proximate cause of the aforesaid collision was due to the negligence of Defendant, NELSON STUART ARNOLD, in operating said motor vehicle contrary to the Motor Vehicle Act of the State of Michigan, and the ordinances of the Township of Portland, in such cases made and provided, more specifically, among other things, as follows:

   a.  That in violation of Defendant's duty to signal his intention to make a left turn, Defendant failed to do so but instead turned left without proper signals.

   b.  That in violation of Defendant's duty not to turn his vehicle from a straight line without first seeing that such movement could be made in safety, the Defendant did not do so.

   c.  That in violation of Defendant's duty not to cross the center line of the roadway, the Defendant did not do so, but instead permitted said vehicle to cross the center line of the roadway and strike another vehicle.

   d.  That in violation of Defendant's duty, said Defendant failed to yield the "right-of-way" to other vehicles properly traveling upon the highway when said Defendant knew or should have known of the presence of said vehicle.

   e.  That in violation of Defendant's duty, said Defendant operated his/her vehicle with his/her vision obscured.

f.  That in violation of Defendant's duty to maintain an adequate and sharp lookout, the Defendant did not pay heed or proper attention to the road ahead and did not maintain a sharp and adequate lookout.

g.  That in violation of Defendant's duty to keep said vehicle constantly under control so that Defendant could bring said vehicle to a stop within the assured clear distance ahead, the Defendant did not do so, but instead permitted said vehicle to strike another vehicle.

h.  That in violation of Defendant's duty to travel at the proper and lawful rate of speed, the Defendant traveled at an improper, unlawful and excessive rate of speed, which was a speed greater than would permit said Defendant to bring said vehicle to a stop within the assured clear distance ahead.

i.  That in violation of Defendant's duty to sound his/her horn under the circumstances when the necessity of so doing was or should have become, in the exercise of ordinary caution, apparent to the Defendant, the Defendant did not do so.

j.  That in violation of Defendant's duty to maintain said vehicle with adequate and sufficient brakes, the Defendant did not do so and operated said vehicle without adequate or sufficient brakes, or failed to timely use said brakes with which said vehicle was equipped.

k.  That in violation of Defendant's duty, Defendant operated said vehicle in opposition to the Michigan Motor Vehicle Act made and provided.

l.  That Defendant drove on the highways of the State of Michigan without due regard of the traffic, surface and width of the highway, atmospheric and other conditions then and there existing in violation of MCLA 257.627;

m.  That Defendant drove said motor vehicle in a careless, reckless and negligent manner in violation of MCLA 257.626;

n.  That Defendant failed to obey the traffic signs and signals in accordance with the statutes and ordinances of the State of Michigan;

o.  Did commit and omit other acts of negligence as may become known to Plaintiffs during discovery.

12.    That Defendant, GRACE TRANSPORT, INC., owed the Plaintiff and all others using the public highways, the duty of due care and compliance with the statutes

of the State of Michigan and the ordinances of the Township of Portland, and that they violated those duties, and that said violations consisted of, but were not limited to the following acts of negligence on the part of Defendant by:

    a. Failing to inspect said vehicle to ensure that it was in a safe condition with sufficient brakes to enable it to stop for the Plaintiff and sufficient warning devices to warn the Plaintiff;

    b. Failing to maintain said vehicle in a safe condition as set forth in a. above;

    c. Failing to train, supervise, instruct and control a safe, competent driver for the use of said vehicle;

    d. Negligently permitted said vehicle to be operated in an unsafe manner including violations of MCL 257.627(1), MCL 257.706(a), MCL 257.676b(1), MCL 257.1626, MCL 257.649, MCL 257.652(1) and case law, as set forth herein;

    e. Negligently entrusting the operation of said motor vehicle to a person who was at the time of the accident, incompetent and unfit to operate said vehicle by reason of drunkenness, inability, inexperience, negligence or other incapacity, all of which was, or should have been known to the Defendant through the exercise of due care and reasonable diligence;

    f. Did commit and omit other acts of negligence as may become known to Plaintiff during discovery.

13.    That notwithstanding said duties and obligations and as a direct and proximate result of the negligence of the Defendants, your Plaintiff's vehicle was violently struck, causing him to sustain serious, permanent and progressive bodily injuries and severe permanent disfigurement including, but not limited to:

1. Head, possible closed head injury
2. Neck and back
3. Bilateral shoulders, arms, elbows, wrists, and hands including, but not limited to a torn left labrum and rotator cuff which required surgical intervention
4. Bilateral hips, legs, knees, ankles, and feet;
5. Shock, fright and great mental anguish;

6. Great pain and suffering;
7. Emotional Distress, humiliation and mortification;
8. Conditions which may not have manifested themselves at this time, including such other damages as become known to Plaintiff during discovery.

14.    That as a further direct and proximate result of the acts of negligence and/or omissions of the Defendants, your Plaintiff was required to incur substantial sums of money for the reasonable and necessary care and treatment above, in an attempt to alleviate and cure the pain, discomfort, mental anguish and permanent injuries sustained in the hereinbefore accident and will continue to do so in the future.

15.    That as a further direct and proximate result of the acts of negligence and/or omissions of the Defendants, your Plaintiff, CODY JOSEPH BAXTER, is and will be unable to participate in those activities which a normal, healthy individual in the same or similar circumstances could have participated, but for the injuries sustained in the hereinbefore accident.

16.     That as a direct and proximate result of the foregoing injuries, your Plaintiff, CODY JOSEPH BAXTER, suffered loss of wages and/or loss of wage-earning capacity, which will continue into the future.

17.    That in the event the Plaintiff, CODY JOSEPH BAXTER, was suffering from any of the medical or emotional conditions then, and in that event, Plaintiff claims that these injuries were precipitated, aggravated and/or accelerated by reason of the foregoing incident.

**WHEREFORE**, Plaintiff prays that judgment be entered in his favor against Defendants for whatever amount exceeding Twenty-Five Thousand ($25,000.00) Dollars which he is found to be entitled as determined by the tier of fact, to fairly, adequately and

fully compensate him for injuries and damages, together with interest, costs and attorney

fees so wrongfully sustained.

Respectfully submitted,

**GOODMAN ACKER, P.C.**

/s/ Tim Sulolli
TIM SULOLLI P58798
RONITA BAHRI P79214
Goodman Acker, P.C.
Attorneys for Plaintiff
17000 W. Ten Mile Road, 2nd Floor
Southfield, Michigan 48075
(248) 483-5000
tsulolli@goodmanacker.com
Dated:   December 4, 2023           rbahri@goodmanacker.com

# EXHIBIT 2

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>8th      JUDICIAL CIRCUIT<br>COUNTY PROBATE | MOTION FOR SECOND SUMMONS<br>AND ORDER | CASE NO.<br>23-35942-NI<br>Hon. Suzanne Kreeger |

Court address                                                                                   Court telephone no.
100 W. Main St., Ionia, MI 48846                                                    616-527-5322

| Plaintiff name(s), address(es), and telephone no(s).<br>Cody Baxter<br>1575 Barnes Road<br>Leslie, MI 49251 | v | Defendant name(s), address(es), and telephone no(s).<br>Arnold Nelson Stuart<br>637 Pike Bay<br>NB Peninsula ON N0H2T0<br>CANADA |

Plaintiff's attorney, bar no., address, and telephone no.
Barry Goodman (P29906)/Michelle Aaron (P73636)
17000 W. Ten Mile Rd., 2nd Floor
Southfield, MI 48075
248-483-5000

**FILED**

SEP 2 8 2023

IONIA COUNTY CLERK
8TH CIRCUIT COURT

**PAID**

NOTE:  A second summons must be
ordered before the initial summons expires.

MOTION

1.  A complaint was filed on ___07/03/2023___ and does not expire until ___10/02/2023___
                                   Date                                                              Date

2.  Diligent attempts have been made to personally serve process on the defendant; however, the defendant has either moved, is

    evading service, or other _____

3.  **I REQUEST** a second summons be issued **before the original summons expires** for the following reasons:

    Defendant resides in Canada and on July 7, 2023, Plaintiff sent the Summons/Complaint to the Ministry of the Attorney

    General to personally serve Arnold Stuart. On September 26, 2023, a Certificate of Non-Service was received indicating

    that the "named party no longer resides at the listed address - no forwarding address available". (see attached) Plaintiff

    requires additional time to attempt to locate Defendant and file for substituted service.

    9/27/2023
    _____                                                        /s/ Michelle T. Aaron
    Date                                                        Signature of attorney/plaintiff

ORDER

4.  **IT IS ORDERED** the motion to extend time for service and to issue a second summons

    ☐ is denied.          ☐ initial summons had already expired.

    ☑ is granted and a second summons shall be issued to expire on ___12/29/23___
                                                                           Date

    _9/28/2023_                                          _____
    Date                                                       Judge                                  Bar no.

MC 01b  (6/09)  **MOTION FOR SECOND SUMMONS AND ORDER**                                   MCR 2.102(D)

# EXHIBIT 3

**Ronita Bahri**

| | |
|---|---|
| **From:** | Ronita Bahri |
| **Sent:** | Thursday, November 16, 2023 12:09 PM |
| **To:** | tgroustra@dmclaw.com; jchurch@dmclaw.com |
| **Cc:** | Tim Sulolli; Tammy Burgett |
| **Subject:** | S_O to Amend Caption_445ab0287E7hm2j2YhHQKAuicG7JamSNORZJ |
| **Attachments:** | S_O to Amend Caption_445ab0287E7hm2j2YhHQKAuicG7JamSNORZJ.docx |

Hi Mr. Groustra and Mr. Church,

Please find attached a Stip and Order to Amend Caption to correct the Defendant's name. Let me know if I can sign your names and if the change is correct.

Best,

**Ronita Bahri**
Attorney
Goodman Acker, P.C.
Phone 248-483-3146
Fax 248-483-3131
Email rbahri@goodmanacker.com



*Click to leave us a Google Review*

"The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 800-590-1555, and destroy the original message"

## Ronita Bahri

| | |
|---|---|
| **From:** | Ronita Bahri |
| **Sent:** | Monday, November 20, 2023 9:12 AM |
| **To:** | Peseski, Holly; Amy Demers; McKay, Cheryl |
| **Cc:** | Groustra, Timothy; Church, Jason; Tim Sulolli; Tammy Burgett; BaxterCodyZ991643358 @goodmanacker.filevineapp.com |
| **Subject:** | RE: Cody Baxter v. Grace Transport |

Hi, I sent a stip and order to amend the caption to Mr. Groutsra and Mr. Church last week and I am waiting to hear back from them so we can properly serve the defendant driver and move forward with discovery.

**Ronita Bahri**
Attorney
Goodman Acker, P.C.
Phone 248-483-3146
Fax 248-483-3131
Email rbahri@goodmanacker.com



*Click to leave us a Google Review*

"The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 800-590-1555, and destroy the original message"

**From:** Peseski, Holly <hpeseski@dmclaw.com>
**Sent:** Monday, November 20, 2023 9:08 AM
**To:** Amy Demers <ademers@goodmanacker.com>; McKay, Cheryl <cmckay@dmclaw.com>
**Cc:** Groustra, Timothy <tgroustra@dmclaw.com>; Church, Jason <jchurch@dmclaw.com>; Tim Sulolli <tsulolli@goodmanacker.com>; Ronita Bahri <RBahri@goodmanacker.com>; Tammy Burgett <tburgett@goodmanacker.com>; BaxterCodyZ991643358@goodmanacker.filevineapp.com
**Subject:** RE: Cody Baxter v. Grace Transport

You don't often get email from hpeseski@dmclaw.com. Learn why this is important

Hello Tammy:

Please send us some new dates for Mr. Baxter's deposition when you return.

Thank you,


**Holly Peseski**
Office Coordinator/Paralegal
313-308-2030 Office
888-811-7144 Fax
hpeseski@dmclaw.com

1



**ATTORNEYS AT LAW**

NOTICE: You have received an e-mail from hpeseski@dmclaw.com. The e-mail message and all attachments transmitted with it are intended solely for the use of the intended recipient and may contain legally privileged and confidential information. If you are not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received a message in error, please notify the sender immediately by replying to the message and delete the message from your computer.

**From:** Amy Demers <ademers@goodmanacker.com>
**Sent:** Monday, November 20, 2023 9:05 AM
**To:** Peseski, Holly <hpeseski@dmclaw.com>
**Cc:** Groustra, Timothy <tgroustra@dmclaw.com>; Church, Jason <jchurch@dmclaw.com>; Tim Sulolli <tsulolli@goodmanacker.com>; Ronita Bahri <RBahri@goodmanacker.com>; Tammy Burgett <tburgett@goodmanacker.com>; BaxterCodyZ991643358@goodmanacker.filevineapp.com
**Subject:** RE: Cody Baxter v. Grace Transport

**This Message Originated From Outside DMC**

Please be advised that this file has reassigned to Tim Sulolli and his associate, Ronita Bahri, of our office. Their legal assistant is Tammy Burgett and her email is tburgett@goodmanacker.com. Please update your file to reflect this change. Further, I sent an email to your office on September 25th notifying you that this dep would not go forward since we have been unable to effectuate service on the driver (see attached).  You will need to coordinate dates for this deposition with Mr. Sulolli's assistant. She is out of the office this week.

**Amy Demers**
Assistant to Barry J. Goodman
Goodman Acker, P.C.

Phone 248.483.3169
Email ademers@goodmanacker.com



*Click to leave us a Google Review*

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 800.590-1555, and destroy the original message.

**From:** Peseski, Holly <hpeseski@dmclaw.com>
**Sent:** Monday, November 20, 2023 8:42 AM
**To:** Amy Demers <ademers@goodmanacker.com>
**Cc:** Groustra, Timothy <tgroustra@dmclaw.com>; Church, Jason <jchurch@dmclaw.com>
**Subject:** FW: Cody Baxter v. Grace Transport

## Ronita Bahri

| | |
|---|---|
| **From:** | Ronita Bahri |
| **Sent:** | Monday, November 27, 2023 10:06 AM |
| **To:** | Church, Jason; Groustra, Timothy |
| **Cc:** | hpeseski@dmclaw.com; Tammy Burgett |
| **Subject:** | FW: S_O to Amend Caption_445ab0287E7hm2j2YhHQKAuicG7JamSNORZJ |
| **Attachments:** | S_O to Amend Caption_445ab0287E7hm2j2YhHQKAuicG7JamSNORZJ.docx |

Hi, I sent over the attached stip on Nov 16. I still have not received a response. Can you please respond so we can get this case moving.

Best,

**Ronita Bahri**
Attorney
Goodman Acker, P.C.
Phone 248-483-3146
Fax 248-483-3131
Email rbahri@goodmanacker.com



*Click to leave us a Google Review*

"The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 800-590-1555, and destroy the original message"

**From:** Ronita Bahri
**Sent:** Thursday, November 16, 2023 12:09 PM
**To:** tgroustra@dmclaw.com; jchurch@dmclaw.com
**Cc:** Tim Sulolli <TSulolli@goodmanacker.com>; Tammy Burgett <TBurgett@goodmanacker.com>
**Subject:** S_O to Amend Caption_445ab0287E7hm2j2YhHQKAuicG7JamSNORZJ

Hi Mr. Groustra and Mr. Church,

Please find attached a Stip and Order to Amend Caption to correct the Defendant's name. Let me know if I can sign your names and if the change is correct.

Best,

**Ronita Bahri**
Attorney
Goodman Acker, P.C.
Phone 248-483-3146
Fax 248-483-3131
Email rbahri@goodmanacker.com



*Click to leave us a Google Review*

"The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 800-590-1555, and destroy the original message"

**Ronita Bahri**

| | |
|---|---|
| **From:** | Ronita Bahri |
| **Sent:** | Friday, December 1, 2023 9:51 AM |
| **To:** | Church, Jason |
| **Subject:** | S_O to Amend Caption_445ab028XfsJerQgR3f2yUvthZMCMBvWzdyt |
| **Attachments:** | S_O to Amend Caption_445ab028XfsJerQgR3f2yUvthZMCMBvWzdyt.docx |

Hi Jason,

I understand you are busy but I would greatly appreciate a response regarding this stip and order. I am just trying to get the ball rolling on this case and need to amend the caption to correct the defendant's name that was incorrectly entered in the police report. I have emailed several times and called you today and left you a voicemail.

Best,

**Ronita Bahri**
Attorney
Goodman Acker, P.C.
Phone 248-483-3146
Fax 248-483-3131
Email rbahri@goodmanacker.com



*Click to leave us a Google Review*

"The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 800-590-1555, and destroy the original message"