UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CODY JOSEPH BAXTER,

        Plaintiff,

v

NELSON STUART ARNOLD
and GRACE TRANSPORT, INC.,
Jointly and Severally.

        Defendants.

Civil Case No. 1:23-cv-01078
Hon. Hala Y. Jarbou

| | |
|---|---|
| TIM SULOLLI (P58798)<br>GOODMAN ACKER, PC<br>Attorney for Plaintiff<br>17000 W. Ten Mile, 2nd Floor<br>Southfield, MI 48075<br>(248) 483-5000 / Fax (248) 483-3131<br>tsulolli@goodmanacker.com<br>ademers@goodmanacker.com | TIMOTHY S. GROUSTRA (P48966)<br>JASON R. CHURCH (P71978)<br>DICKIE, MCCAMEY & CHILCOTE, P.C.<br>Attorneys for Defendant Grace Transport<br>and Nelson Stuart Arnold<br>120 Kercheval Avenue, Suite 200<br>Grosse Pointe Farms, MI 48236<br>(313) 308-2034 / Fax (888) 811-7144<br>tgroustra@dmclaw.com<br>jchurch@dmclaw.com |

**STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

    This matter having come before the Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint and any and all claims related thereto are dismissed with prejudice and without interest, costs, or fees as to all Defendants.

This is the final order that resolves the last pending claim.

Dated: July 25, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated and approved as to form and content:

/s/  Tim Sulolli
TIM SULOLLI (P58798)
Attorneys for Plaintiff

/s/ TIMOTHY S. GROUSTRA
TIMOTHY S. GROUSTRA (P48966)
Attorneys for Defendants